**Order filed June 10, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01086-CR
## DERRICK BROOKS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1326207**

## ORDER

On June 4, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file appellant's brief. On June 5, 2014, appellant filed a motion to withdraw that order, as well as his brief and a motion to extend time to file the brief.

The motions are granted. Our order of June 4, 2014, is withdrawn and the appeal is reinstated. The State's brief is due thirty days after the date of this order. .

PER CURIAM